IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LEO RICK DURAN,**

    **Plaintiff,**

vs.                                                                                          CIV NO. 1:23-cv-00002-JHR

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 10) to file her Answer or otherwise respond to Plaintiff's Complaint, the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until April 5, 2023, to file her Answer or otherwise respond to Plaintiff's Complaint

SIGNED _____March 3, 2023.

_____
JERRY H. RITTER
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted*
M. THAYNE WARNER
Special Assistant United States Attorney

*Electronically approved*
AMBER DENGLER
Attorney for Plaintiff