IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LEO RICK DURAN,**

      **Plaintiff,**

vs.                                                            No. CV 23-02 JHR

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER EXTENDING BRIEFING DEADLINES

      **THIS MATTER** having come before the Court upon Plaintiff's Unopposed Motion to Extend Briefing Deadlines, the Court finding good cause, hereby **GRANTS** the Motion.

      **IT IS THEREFORE ORDERED** that on or before **Monday, June 5, 2023,** Plaintiff must file and serve, in accordance with D.N.M.LR-Civ. 7.6(d), a Motion to Reverse or Remand Administrative Agency Decision with supporting memorandum.

      **IT IS FURTHER ORDERED** that, on or before **Wednesday, July 5, 2023,** Defendant shall file and serve, in accordance with D.N.M.LR-Civ. 7.6(d), its response; and that, on or before **Monday, July 17, 2023**, Plaintiff may file and serve a reply.

      **IT IS ORDERED** that supporting memoranda filed pursuant to this order must cite the transcript or record when making assertions of fact, and that propositions of law shall be supported by citations to authority.

**IT IS SO ORDERED.**                      _____

                                                          **UNITED STATES MAGISTRATE JUDGE**

**Submitted by**:

s/ Amber L. Dengler
Amber L. Dengler
Attorney for Plaintiff

**Approved by email on 4/28/23 by**:

M. Thayne Warner, Special AUSA and
Manuel Lucero, Assistant United States Attorney
Attorneys for Commissioner